# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEJANDRO FRIXIONE, #1045558 | )<br>)<br>) |
| Plaintiff, | ) 2:10-cv-01119-RLH-LRL |
| vs. | )<br>) |
| HOWARD SKOLNIK, *et al.*, | ) **ORDER**<br>) |
| Defendants. | )<br>) |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. Plaintiff failed to submit either the filing fee or an application to proceed *in forma pauperis* on the required form. By order filed July 26, 2010, the court ordered plaintiff to file a completed and signed application to proceed *in forma pauperis* within thirty (30) days (docket #2). In its order the court further cautioned that, in its preliminary review, plaintiff's complaint did not appear to state any claims for which relief may be granted, and advised that plaintiff might consider filing an amended complaint prior to this court's screening that sets forth a concise statement of facts that demonstrates one or more violations of plaintiff's civil rights.

On September 2, 2010, the court received a document entitled motion to extend time to

1  file IFP by nonparty filer (docket #3).  The court will strike this document, as a nonparty may not file
2  any document in this action, whatsoever.  However, as it appears that plaintiff is unaware of the
3  procedure to seek an extension of time, the court grants plaintiff an additional thirty (30) days from the
4  date of entry of this order in which to submit his completed *in forma pauperis* application.

5        **IT IS THEREFORE ORDERED** that within **thirty (30)** days from the date of entry of
6  this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on
7  the form provided by this court.  Plaintiff's failure to file an application to proceed *in forma pauperis*
8  in compliance with this order may result in the dismissal of his lawsuit without prejudice.

9        **IT IS FURTHER ORDERED** that the motion to extend time to file IFP by nonparty
10 filer (docket #3) is **STRICKEN**.

12  DATED this 14th day of September, 2010.

14  _____
   UNITED STATES MAGISTRATE JUDGE